IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMILLE GROOM, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:21-cv-01329 |
| THE YANKEE CANDLE COMPANY, INC., | : |
| Defendant. | : |

# ORDER

**AND NOW**, this \_\_\_21st\_\_\_ day of \_\_\_July\_\_\_ 2022, upon consideration of Plaintiff's Motion to Extend Discovery Deadline and Remaining Case Deadlines by 60 days, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED. The deadline for Discovery is extended to October 1, 2022 and the dispositive motions deadline is extended to December 3, 2022.

**BY THE COURT:**

*s/ Matthew W. Brann*
**Matthew W. Brann**
**Chief United States District Judge**